**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
Amanda J. Rosenberg (SBN 278507)
arosenberg@kalielgold.com
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783

Sophia G. Gold (SBN 307971)
sgold@kalielgold.com
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY BARZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRUMATE, INC. and CORSO COMMERCE, LLC,<br><br>Defendants, | Case No. 8:25−cv−00918−FWS−DFM<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Fred W. Slaughter |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Abby Barz ("Plaintiff") and Defendants Brumate, Inc. and Corso Commerce, LLC ("Defendants"), through their respective counsel, that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii):

1.     All individual claims that Plaintiff Abby Barz asserted or could have asserted in this litigation are hereby dismissed *with* prejudice.

2.     The Parties have resolved all issues concerning attorneys' fees and costs as between each other.

1
STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE

3. This dismissal does not affect the rights of any putative class member. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable because this action has not been certified as a class, and a class is not proposed to be certified for purposes of settlement.

**IT IS SO STIPULATED,** through Counsel of Record.

Dated: November 6, 2025             **KALIELGOLD PLLC**

By:*/s/ Amanda J. Rosenberg*
Amanda J. Rosenberg
Sophia G. Gold
Jeffrey D. Kaliel

*Attorneys for Plaintiff and the Putative Class*

Dated: November 6, 2025             **JONES DAY**

By:*/s/ Cary Sullivan*
Cary Sullivan
Darren Cottriel

*Attorneys for Defendants*

# ATTESTATION

I, Amanda J. Rosenberg, am the CM/ECF user whose ID and password are being used to file this STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel on whose behalf this filing is jointly submitted have concurred in this filing's content and have authorized the filing.

Date: November 6, 2025         */s/ Amanda J. Rosenberg*
                               Amanda J. Rosenberg

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

>                      /s/ Amanda J. Rosenberg
>                      Amanda J. Rosenberg