NOTE: CHANGES MADE BY COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY BARZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRUMATE, INC. and CORSO COMMERCE, LLC,<br><br>Defendants, | Case No. 8:25-cv-00918-FWS-DFM<br><br>**ORDER RE STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE [31]**<br><br>Hon. Fred W. Slaughter |

///
///
///

Having reviewed and considered the Stipulation Regarding Voluntary Dismissal with Prejudice [31] ("Stipulation"), between Plaintiff Abby Barz ("Plaintiff"), Defendant Brumate, Inc., and Defendant Corso Commerce, LLC, the files and records of the case, the applicable law, including Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. This above-captioned case is **DISMISSED IN ITS ENTIRETY AND *WITH* PREJUDICE** as to all claims asserted by Plaintiff;

2. The parties have resolved all issues concerning attorney's fees and costs as between each another; and

3. The dismissal of Plaintiff's claims is without effect on and without prejudice to the claims of any putative class members other than Plaintiff.

**IT IS SO ORDERED**.

Dated: November 6, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE